IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

      Plaintiff,                                No. CIV S-07-2150 GEB JFM P

      vs.

DION, et al.,

      Defendants.                 ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  The averages set forth in certificate portion of the in forma pauperis application do not match the deposit and balance figures set forth on the copy of the prison trust account statement attached to the application.  Moreover, the copy of the prison trust account statement attached to the application has not been certified by prison officials.  See 28 U.S.C. § 1915(a)(2).  Good cause appearing, plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis that has been properly certified by prison officials, together with a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a new application to proceed in forma

1

pauperis on the form provided with this order together with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.  The Clerk of the Court is directed to send plaintiff a form Application to Proceed In Forma Pauperis by a Prisoner.

DATED:  November 26, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
harp2150.3c.new