EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-7363
 Fax: (916) 324-5205
 Email: Tracy.Hendrickson@doj.ca.gov

Attorneys for Defendants Dion and Mason

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL HARPER,** | 2:07-cv-2150 GEB  JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DION, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional fourteen days, to and including April 11, 2008, within which to file their responsive pleading to the complaint in this action.

DATED: March 31, 2008.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

harp2150.ext

[Proposed] Order

1